THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY (erroneously
sued as UNUMPROVIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIR'GINA HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT INSURANCE COMPANY and DOES One to Ten, inclusive,<br><br>Defendants. | Case No.: C 07 5265 EMC<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California. My business
3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the
4  age of 18 years and not a party to the foregoing action.

5  On October 18, 2007, I served a copy of the **NOTICE OF REMOVAL OF ACTION**
6  **TO FEDERAL COURT**, on the interested parties in this action, along with the following
7  documents:

8      1. Defendant's Certificate of Interested Parties;
9      2. U.S. District Court Northern California - ECF Registration Information
10        Handout;
11     3. Welcome to the U.S. District Court, San Francisco Handout
12     4. Order Setting Initial Case Management Conference and ADR Deadlines;
13     5. Standing Order for Civil Practice in Cases Assigned for All Purposes to
14        Magistrate Judge Edward M. Chen;
15     6. Standing Order for All Judges of the Northern District of California –
16        Contents of Joint Case Management Statement;
17     7. Notice of Assignment of Case to a United States Magistrate Judge for
18        Trial;
19     8. Consent to Proceed Before a United States Magistrate Judge; and
20     9. Declination to Proceed Before a Magistrate Judge and Request for
21        Reassignment to a United States District Judge;

22
23 by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for
24 outgoing mail, and addressed to:

25
26 Vir'Gina Harris                               In Pro Per
   640 #110 Bailey Road
27 Pittsburg, CA 94565
28

-1-

1  At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount
2  of postage and is deposited that same day, in the ordinary course of business, in a United States
3  mailbox in the City of San Francisco, California.
4      I declare under penalty of perjury and the laws of the State of California that the
5  foregoing is true and correct and that this declaration was executed on October 18, 2007, at San
6  Francisco, California.

                                                               _____
                                                               CIARA GARLITOS

E:\27235\P05.doc

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS
                                                              CASE NO. C 07 5265 EMC