| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| | JOHN C. FERRY (SBN 104411) |
| 2 | KELLY, HERLIHY & KLEIN LLP |
| | 44 Montgomery Street, Suite 2500 |
| 3 | San Francisco, CA 94104-4798 |
| | Tel.:  (415) 951-0535 |
| 4 | Fax:  (415) 391-7808 |
| 5 | Email: herlihy@kelher.com |
| |             jferry@kelher.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | PROVIDENT LIFE AND ACCIDENT |
| 8 | INSURANCE COMPANY (erroneously |
| | sued as UNUMPROVIDENT |
| 9 | INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIR'GINA HARRIS, | ) Case No.:  C07-5265 EMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DEFENDANT'S NOTICE OF MOTION** |
| | ) **AND MOTION TO DISMISS (12(b)(6)** |
| UNUMPROVIDENT INSURANCE | ) |
| COMPANY  and DOES One to Ten, inclusive, | ) **Date:  November 28, 2007** |
| | ) **Time:  1:30 p.m.** |
| Defendants. | ) **Court: C** |
| | ) |

1  PLEASE TAKE NOTICE that on November 28, 2007 at 1:30 p.m., or as soon thereafter
2 as the matter can be heard in Courtroom C of the above-entitled court, Defendant Provident Life
3 & Accident Insurance Company (erroneously sued as Unumprovident Insurance Company)  will
4 and does hereby move the  Court for an order dismissing the first, second, third, fourth, fifth,
5 sixth, seventh and eighth causes of action of Plaintiff's Complaint herein.
6  This motion is made on the basis that there is no basis for a cause of action under the Fair
7 Debt Collection Practices Act, 15 U.S.C. § 1692 a, *et seq.,* California, Civil Code § 1788, *et seq.*,
8 or Business & Professions Code Sections 17200, *et seq.* , there are no grounds to support an
9 injunction, Plaintiff has failed to properly allege a cause of action for defamation, intentional
10 infliction of emotional distress, breach of contract and breach of the implied covenant and that
11 there is no basis in law for a "bad faith" cause of action.   This motion is based upon this notice
12 and motion, the attached points and authorities, the pleadings on file in this action and upon such
13 oral argument as shall be allowed at the hearing of this motion.

14
15                               KELLY, HERLIHY & KLEIN LLP
16
17 Dated: October 22, 2007          By_____/s/_____
18                                       John C.  Ferry
                                     Attorneys for Defendant
19                                   PROVIDENT LIFE AND ACCIDENT
                                     INSURANCE COMPANY (erroneously sued as
20                                   UNUMPROVIDENT INSURANCE COMPANY
21
22 E:\27235\P07.doc
23
24
25
26
27
28

-1-

NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. C07-5265 EMC