1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT
8  INSURANCE COMPANY (erroneously
   sued as UNUMPROVIDENT
9  INSURANCE COMPANY

10

11
                        **UNITED STATES DISTRICT COURT**
12
                       **NORTHERN DISTRICT OF CALIFORNIA**
13
                              **SAN JOSE DIVISION**
14

15 | VIR'GINA HARRIS,                          | ) Case No.: C07-5265 EMC
16 |                                           | )
   |         Plaintiff,                        | )
17 |                                           | )
   |    vs.                                    | ) **[PROPOSED] ORDER RE**
18 |                                           | ) **DEFENDANT'S MOTION TO DISMISS**
   | UNUMPROVIDENT INSURANCE                   | ) **(12(b)(6)**
19 | COMPANY and DOES One to Ten, inclusive,   | )
   |                                           | ) **Date: November 28, 2007**
20 |         Defendants.                       | ) **Time: 1:30 p.m.**
   |                                           | ) **Court: C**
21 |                                           | )

22

23

24

25

26

27

28

1  The Motion to Dismiss of Defendant Provident Life & Accident Insurance Company
2 (erroneously sued as Unumprovident Insurance Company) ("Defendant") came on regularly for
3 hearing. The appearances of counsel and parties are as reflected in the minutes of the Court.

4  Upon review of all papers and pleadings filed herewith, the Court finds that there is no
5 basis for a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 a, *et
6 seq.,* California, Civil Code § 1788, *et seq.*, or Business & Professions Code Sections 17200, *et
7 seq*. Consequently, there is no basis for plaintiff's first or second cause of action. Because there
8 is no viable FDCPA cause of action there is no basis for an injunction (third cause of action).

9  The Court further finds that Plaintiff has failed to properly allege a cause of action for
10 defamation (seventh cause of action) and that there is no basis in law for a "bad faith" cause of
11 action (eighth cause of action).

12  The Court further finds that Plaintiff has failed to properly alleged causes of action for
13 intentional infliction of emotional distress, breach of contract and breach of the implied
14 covenant.

15  It is therefore ORDERED THAT:

16  1. Plaintiff's first, second, third, seventh and eighth causes of action are dismissed
17  without leave to amend.
18  2. Plaintiff's fourth, fifth and sixth causes of action are dismissed with leave to
19  amend.
20  3. Plaintiff has twenty (20) days to amend her complaint in accordance with this
21  Order.

Dated: October __, 2007        By_____
                                United States District Judge

E:\27235\P06.doc

-1-

[PROPOSED] ORDER RE MOTION TO DISMISS

CASE NO. C07-5265 EMC