1  JOHN C. FERRY (SBN1104411)
   KELLY, HERLIHY & KLEIN
2  44 MONTGOMERY STREET, STE. 2500
   SAN FRANCISCO, CA 94104
3  TEL.: (415) 951-0535

4

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  VIR'GINA HARRIS
                                        No. C  07-05265 EMC
12
            Plaintiff(s),              **DECLINATION TO PROCEED BEFORE**
13                                     **A MAGISTRATE JUDGE**
        v.                                        **AND**
14  UNUMPROVIDENT INSURANCE            **REQUEST FOR REASSIGNMENT TO A**
    COMPANY and DOES One to Ten, inclusive **UNITED STATES DISTRICT JUDGE**
15
            Defendant(s).
16  _____/

17
       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
       The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22  Dated: _10/19/07_                  Signature _____
23
                                       Counsel for _Defendant UnumProvident_
24                                     (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28