**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   VIR'GINA HARRIS,                         No. C 07-05265 CRB
12              Plaintiff,                     **Clerk's Notice**
13      v.
14   UNUMPROVIDENT INSURANCE COMPANY,
15              Defendant.
                                        /
16   ————————————————————————————
17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18   Friday, January 25, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
     management scheduling order shall remain the same.
19
20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
21   San Francisco, CA  94102.
22
     Dated: October 31, 2007                    FOR THE COURT,
23
                                                Richard W. Wieking, Clerk
24
                                                By:_____
25
                                                   Barbara Espinoza
                                                   Courtroom Deputy
26
27
28