# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

VIR'GINA HARRIS,

               Plaintiff,

  v.

UNUMPROVIDENT INSURANCE
COMPANY et al,

               Defendant.
_____/

Case Number: CV07-05265 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vir'Gina Harris
640 # 110 Bailey Road
Pittsburg, CA 94565

Dated: October 31, 2007

               Richard W. Wieking, Clerk
               By: Anthony Bowser, Deputy Clerk