1  **JOHN F. MARTIN   (SBN 52618)**
   **CHRISTINE HOPKINS (SBN 240248)**
2  **LAW OFFICES OF JOHN F. MARTIN**
   A Professional Corporation
3  3100 Oak , Suite 230
   Post Office Box 5331
4  Walnut Creek, CA  94596
   Telephone:  (925) 937-5433
5  Facsimile:  (925) 938-5567

6  Attorneys for Plaintiff,
   Vir'Gina Harris
7

8

9              UNITED STATES DISTRICT COURT

10     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11  VIR'GINA HARRIS

12                                      **Case No. C07-5265 EMC**
              Plaintiff,
                                        **NOTICE OF APPEARANCE OF**
13  v.                                  **COUNSEL**

14  UNUM PROVIDENT INSURANCE
    COMPANY and DOES One to Ten,
15  Inclusive

16            Defendants.
                                      /
17  _____

18        Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Vir'Gina Harris

19  in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings,

20  papers, and other material relevant to this action should be directed to and served upon:

21                      Christine Hopkins, Esq.
                  Law Offices of John F. Martin, P.C.
22                    3100 Oak Road, Suite 230
                       Walnut Creek, CA 94597
23

24  DATED:      November 15, 2007        LAW OFFICES OF JOHN R. MARTIN
                                         A Professional Corporation
25

26                          By:   _____/s/_____

27                                CHRISTINE HOPKINS
                                  Attorney for Plaintiff
28