UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIR'GINA HARRIS

        Plaintiff(s),

v.

UNUMPROVIDENT INSURANCE COMPANY

        Defendant(s).

CASE NO. C07-5265 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christine Hopkins | Vir'gina Harris | (925) 937-5433 | |
| John C. Ferry | UnumProvident Ins. Co. | (415) 951-0535 | jferry@kelher.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/18/08

Attorney for Plaintiff

Dated: 1/17/08

Attorney for Defendant

Rev 12.05