**JOHN F. MARTIN (SBN 52618)**
**CHRISTINE HOPKINS (SBN 240248)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff,
Vir'Gina Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

VIR'GINA HARRIS

    Plaintiff,

v.

UNUM PROVIDENT INSURANCE COMPANY and DOES One to Ten, Inclusive

    Defendants.
_____/

Case No. C07-5265 EMC

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

    Notice is hereby given that the parties are in the process of finalizing a settlement of the entire case. Therefore the parties respectfully submit this notice in lieu of a joint case management statement to the Court.


DATED: January 25, 2008

LAW OFFICES OF JOHN R. MARTIN
A Professional Corporation

By: _____/s/_____
CHRISTINE HOPKINS
Attorney for Plaintiff

Harris v. Unum Provident Ins. Co., et al.
Notice of Settlement

1